

# THE THIRTEENTH COURT OF APPEALS

## 13-14-00608-CV

Gulf Coast Division, Inc. and Bay Area Healthcare Group, Ltd.
v.
Group & Pension Administrators, Inc.

On Appeal from the
94th District Court of Nueces County, Texas
Trial Cause No. 2014-DCV-3130-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered in part and remanded in part.  The Court orders the judgment of the trial court REVERSED and RENDERED IN PART and REMANDED IN PART for further proceedings consistent with its opinion.   Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

September 3, 2015.